**No. 10-6480. Roosevelt Washington, Petitioner v. Michael Wilson.**

562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8891, ■

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6483. Anthony Garvins, Petitioner v. Dave Burnett, et al.**

562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8812, ■

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6484. Betsey Warren Lebbos, Petitioner v. Linda Schuette.**

562 U.S. 1048, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8952.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 863.

**No. 10-6486. David Carson, Petitioner v. New Jersey.**

562 U.S. 1048, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 9003.

November 15, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-6492. Huey Gene Granger, Petitioner v. William Bill Slade, et al.**

562 U.S. 1048, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8975.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 466.

**No. 10-6493. Eric Randall Hinkle, Petitioner v. Texas.**

562 U.S. 1049, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8831, ■

November 15, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-6495. Andre Terrell Frazier, Petitioner v. Michigan.**

562 U.S. 1049, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8921.

November 15, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-6502. Jerome Howell, Petitioner v. Philip Heath, Superintendent, Sing Sing Correctional Facility.**

562 U.S. 1049, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8972.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6505. Ben Alan Snipes, Petitioner v. California.**

562 U.S. 1049, 131 S. Ct. 609, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8955.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of California denied.